# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| Margaret Cimini, | ) In a petition for removal from the |
|     Plaintiff (Respondent below), | ) Probate and Family Court of <br> ) Middlesex County, Massachusetts |
| v. | ) |
| Mark Cimini, | ) State court cause no.: 97D-4115-DV1 |
|     Defendant (Petitioner below), | ) |
| and, in re: the support and welfare <br> of Jonathan Cimini. | ) Honorable Judge |

## Notice of Appearance

Petitioner, Mark Cimini, respectfully provides the Clerk with the following:

Name: Mark Cimini
Address: 12 Maple Road
Westford, MA 01886
Telephone: (978) 692-4556
Fax: None
Accept service by Fax? No
Computer email address: m.cimini@att.net

Respectfully submitted,

_____
Mark Cimini

### CERTIFICATE OF SERVICE

I hereby certify that, on this ___ day of January, 2004, a true and complete copy of the foregoing appearance, by depositing the same in the United States mail, postage prepaid, has been duly served upon all parties of record in the lower state proceedings.

_____
Mark Cimini

Mark Cimini
12 Maple Road
Westford, MA 01886
(978) 692-4556
m.cimini@att.net

1