UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARGARET CIMINI. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-10125-RCL |
| ) | |
| MARK CIMINI, et al. ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as counsel for the state defendant, Department of Revenue, et al.

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Annapurna Balakrishna
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108-1598
(617) 727-2200, ext. 2678
BBO No. 655051

Date: June 14, 2005

## CERTIFICATE OF SERVICE

I, Annapurna Balakrishna, hereby certify that I have on this day served the within Notice of Appearance, upon all parties by causing a copy to be mailed first class, postage prepaid to:

Mark Cimini
12 Maple Road
Westford, MA. 01886

Margaret Cimini
5 Sand Bach Road
Westford, MA. 01886

_____
Annapurna Balakrishna
Assistant Attorney General
(617) 727-2200, ext 2678

Date: June      , 2005