UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET CIMINI,           )  |   |
|        Plaintiff,        ) | |
| )  | |
| v.                                    )  | C.A. NO. 05-10125-RCL |
| )  | |
| MICHAEL CIMINI,            ) | |
|        Defendant.     ) | |

ORDER FOR RE-ASSIGNMENT OF CASE TO CHIEF JUDGE YOUNG

On January 20, 2005, Defendant Michael Cimini removed this action from the Probate and Family Court of Middlesex County and the matter was randomly assigned. Upon review of the pleadings, however, it appears this action is related to Civil Action No. 05-10027-WGY, filed on January 4, 2005. A Memorandum and Order of Dismissal *sua sponte* entered on January 11, 2005, and an Order of Dismissal closing that action entered on January 12, 2005.

In accordance with Local Rule 40.1(e)(1)[1], it is hereby ORDERED that this action is RE-ASSIGNED to Chief Judge William G. Young, and the clerk shall make the appropriate revisions to the docket.

---

[1] Local Rule 40.1(e) provides:

   Related Civil Cases.
   (1) For purposes of this rule, a civil case is related to one previously filed in this court if some or all of the parties are the same and if one or more of the following circumstances also exists: the cases involve the same or similar claims or defenses; or the same property, transaction or event; or the same patent, copyright or trademark; or substantially the same questions of fact and law. This rule shall not apply if more than two (2) years have elapsed since the closing of the previous action.

All future filings in this action shall indicate the case number as C.A. 05-10125-**WGY**.

/s/ Reginald C. Lindsay
REGINALD C. LINDSAY
UNITED STATES DISTRICT JUDGE

Dated: June 23, 2005