```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|                          |   |                         |
|--------------------------|---|-------------------------|
| MARGARET CIMINI,         | ) |                         |
|         Plaintiff,       | ) |                         |
|                          | ) |                         |
|     v.                   | ) | C.A. No. 05-10125-WGY   |
|                          | ) |                         |
| MARK CIMINI,             | ) |                         |
|         Defendant.       | ) |                         |

## ORDER FOR REMAND

YOUNG, C.J.

In accordance with the Memorandum and Order dated July 18, 2005 directing this action be Remanded, it is hereby ORDERED that the above captioned matter is REMANDED to the Probate and Family Court for Middlesex County.

This case shall be administratively closed in view of the Remand, and all pending motions shall be terminated as moot in view of the Remand.

By the Court,

/s/ Elizabeth Smith
Deputy Clerk

July 19, 2005