IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Cause No: 05 – 10125 WGY

| | |
|---|---|
| Margaret Cimini, | **Notice of Appeal** |
| Plaintiff (Respondent below) | State court cause no.: 97D-4115-DV1 |
| v. | |
| Mark Cimini | |
| Defendant (Petitioner below), | Honorable Judge |
| and, in re: the support and welfare of Jonathan Cimini. | |

### NOTICE OF APPEAL

```
Notice is hereby given that Mark Cimini in the above named case
hereby appeal to the United States Court of Appeals for the
Federal Circuit from the Dismissal of the Motion for
Reconsideration and the Order of Remand entered in this action on
July 26 and July 7, 2005 respectively.  The complete Motion for
Appeal with appropriate payment will soon follow.
```

Respectfully submitted,

*/s/ Mark Cimini*

Mark Cimini

### VERIFICATION

I hereby declare, verify, certify and state, pursuant to the penalties of perjury under the laws of the United States, and by the provisions of 28 USC § 1746, that all of the above and foregoing representations are true and correct to the best of my knowledge, information, and belief.

Executed at Westford, MA, this 28th day of July 28, 2005.

*/s/ Mark Cimini*

Mark Cimini

## CERTIFICATE OF SERVICE

I hereby certify that, on this 26th day of July, 2005, a true and complete copy of the foregoing petition for removal, by depositing the same in the United States mail, postage prepaid, has been duly served upon all parties of record in the lower state proceedings, to-wit:

Margaret Cimini
5 Sand Beach Road
Westford, MA 01886

and, that the same is being also filed this same date within the lower state trial court proceedings.

Mark Cimini

Mark Cimini
12 Maple Road
Westford, MA 01886
(978) 692-4556