## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10125

Margaret Cimini

v.

Mark Cimini

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are copies of the original electronic pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/1/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 10, 2005.

Sarah A Thornton, Clerk of Court

By: *Caulli/Ramos*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8/10/05 .

*Barchard*

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10125-WGY

Cimini v. Cimini
Assigned to: Chief Judge William G. Young
Cause: 42:1983 Civil Rights Act

Date Filed: 01/20/2005
Jury Demand: None
Nature of Suit: 440 Civil
Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Margaret Cimini**    represented by    **Margaret Cimini**
5 Sand Beach Road
Westford, MA 01886
PRO SE

V.

**Defendant**

**Mark Cimini**    represented by    **Mark Cimini**
12 Maple Road
Westford, MA 01886
978-692-4556
PRO SE

**Interested Party**

**Department of
Revenue**    represented by    **Annapurna Balakrishna**
Office of the Attorney General
Government Bureau
1 Ashburton Place
Boston, MA 02108
617-727-2200 ext.2678
Fax: 617-727-5785
Email:

annapurna.balakrishna@ago.state.ma.us

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/20/2005 | 1 | NOTICE OF REMOVAL by Mark Cimini $ 150, receipt number 61559, filed by Mark Cimini. (Stanhope, Don) (Entered: 01/25/2005) |
| 02/01/2005 | 2 | Notice of Petition and Verified Petiton to 1 Notice of Removal. (Stanhope, Don) (Entered: 02/01/2005) |
| 02/01/2005 | 3 | MEMORANDUM OF LAW Regarding Retention of Jurisdiction. filed by Mark Cimini. (Stanhope, Don) (Entered: 02/01/2005) |
| 02/01/2005 | 4 | MEMORANDUM OF LAW in Support of 1 Notice of Removal. filed by Mark Cimini (Stanhope, Don) (Entered: 02/01/2005) |
| 02/01/2005 | 5 | NOTICE of Appearance by Mark Cimini (Stanhope, Don) (Entered: 02/01/2005) |
| 03/16/2005 | 6 | MOTION for the Amendment to the 1 Notice of Removal from the Probate and family Court of Middlesex County, Massachusetts. filed by Mark Cimini.(Stanhope, Don) (Entered: 03/18/2005) |
| 04/25/2005 | 7 | MOTION for Summary Judgment filed by Mark Cimini.(Stanhope, Don) (Entered: 04/25/2005) |
| 04/25/2005 | 8 | MOTION for Contempt Against the Massachusetts Department of Revenue, Marilyn Ray Smith, National Financial Services, LLC a Fidelity Investment Company filed by Mark Cimini. (Attachments: # 1 Exhibit)(Stanhope, Don) (Entered: 04/25/2005) |
| 06/13/2005 | 9 | Letter/request (non-motion) from Mark Cimini to |

| | | |
|---|---|---|
| | | Judge Lindsay dated 6/9/05 re: case, filed. (Flaherty, Elaine) (Entered: 06/14/2005) |
| 06/17/2005 | 11 | NOTICE of Appearance by Annapurna Balakrishna on behalf of the Department of Revenue (Nici, Richard) Modified on 6/23/2005 (Nici, Richard). Modified on 6/23/2005 (Nici, Richard). (Entered: 06/22/2005) |
| 06/20/2005 | 10 | Response to Notice of Appearance by Mark Cimini. (Patch, Christine) (Entered: 06/21/2005) |
| 06/21/2005 | 12 | Letter/request (non-motion) from Mark Cimmi with attached corrected page two of recent filing, filed. (Flaherty, Elaine) (Entered: 06/22/2005) |
| 06/21/2005 | 13 | MOTION for Entry of Default against the MA Dept of Revenue, Marilyn Ray Smith, and National Financial Services, LLC a Fidelity Investment Company by Mark Cimini, filed.(Flaherty, Elaine) (Entered: 06/22/2005) |
| 06/23/2005 | 14 | Judge Reginald C. Lindsay : ORDER FOR RE-ASSIGNMENT OF CASE TO CHIEF JUDGE YOUNG entered: On January 20, 2005, Michael Cimini removed this action from the Probate and Family Court of Middlesex County and the matter was randomly assigned. Upon review of the pleadings, however, it appears this action is related to Civil Action No. 05-10027-WGY, filed on January 4, 2005. A Memorandum and Order of Dismissal sua sponte entered on January 11, 2005, and an Order of Dismissal closing that action entered on January 12, 2005. In accordance with Local Rule 40.1(e)(1), it is hereby ORDERED that this action is RE-ASSIGNED to Chief Judge William G. Young, and the clerk shall make the appropriate revisions to the docket. All future filings in this action shall indicate the case number as C.A. 05-10125-WGY. [Judge Reginald C. Lindsay no longer assigned to case].(Greenberg, Rebecca) (Entered: 06/23/2005) |

| 06/23/2005 | ❍ | Notice of correction to docket made by Court staff. Correction: Docket entry #11 corrected because: notice of appearance was linked to the wrong party. (Nici, Richard) (Entered: 06/23/2005) |
|---|---|---|
| 06/24/2005 | ❍16 | Letter/request (non-motion) from Mark Cimini re: Correction to Page Two - Paragraph Number 13 of Document #15. Corrected Page attached. (received for docketing 7/14/05) (Bell, Marie) (Entered: 07/14/2005) |
| 06/30/2005 | ❍15 | Response by Mark Cimini to 14 Order Reassigning Case. c/s. (Bell, Marie) (Entered: 07/01/2005) |
| 07/18/2005 | ❍17 | Judge William G. Young : MEMORANDUM AND ORDER FOR REMAND entered: it is hereby ORDERED that the above captioned matter is REMANDED to the Probate and Family Court for Middlesex County. It is FURTHER ORDERED that Mark Cimini's Motion for Summary Judgment (#7), Motion for Contempt (#8), and Motion for Default Judgment (#13), are denied without prejudice in view of this Order for Remand. (Greenberg, Rebecca) (Entered: 07/19/2005) |
| 07/19/2005 | ❍18 | Judge William G. Young : ORDER FOR REMAND entered: In accordance with the Memorandum and Order dated July 18, 2005 directing this action be Remanded, it is hereby ORDERED that the above captioned matter is REMANDED to the Probate and Family Court for Middlesex County. This case shall be administratively closed in view of the Remand, and all pending motions shall be terminated as moot in view of the Remand. (Greenberg, Rebecca) (Entered: 07/19/2005) |
| 07/19/2005 | ❍ | Civil Case Terminated in view of Remand. (Greenberg, Rebecca) (Entered: 07/19/2005) |
| 07/25/2005 | ❍19 | MOTION for Reconsideration re 18 Order of Remand, |

| | | |
|---|---|---|
| | | by Mark Cimini. c/s.(Bell, Marie) (Entered: 07/26/2005) |
| 07/26/2005 | ● | Judge William G. Young : Electronic ORDER entered denying 19 Motion for Reconsideration re 18 Order of Remand. cc/cl. (Bell, Marie) (Entered: 07/27/2005) |
| 08/01/2005 | 20 | NOTICE OF APPEAL as to Order on Motion for Reconsideration, 18 Order, by Mark Cimini. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/22/2005. cc/cl.(Bell, Marie) (Entered: 08/03/2005) |
| 08/04/2005 | 21 | MOTION to Retract 20 Notice of Appeal and Points of Law by Mark Cimini. c/s.(Bell, Marie) (Entered: 08/05/2005) |