IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Cause No: 05 – 10125 WGY

| | |
|---|---|
| Margaret Cimini, | **Motion for Clarification** |
| Plaintiff (Respondent below) | State court cause no.: 97D-4115-DV1 |
| v. | |
| Mark Cimini | |
| Defendant (Petitioner below), | |
| and, in re: the support and welfare of Jonathan Cimini. | |

## Motion for Clarification

I have received paperwork from the District Court regarding the Appeal, see attached sheet. Subsequent to filing the Notice of Appeal I submitted a Notice to Rescind - with the clear statement that I fully expect to be back in Federal Court once the state is formally on the record in this case depriving or not acknowledging rights (e.g., children as a property right where the state can only intrude in cases of abuse or neglect) and multiple clear violations of multiple Constitutional, Common Law, and Natural Law rights.

I also tried to state in the paperwork rescinding my request for appeal that the Federal judge failed to provide due process, misrepresented the case, and erred in dismissing the pleading for a number of reasons including but not limited to:

- The state and the Plaintiff has conspired to defraud me of property rights without "just compensation" under color of law, color of authority for the enrichment of both the state via Federal Incentive monies and Margaret Cimini via an unlawful transfer of wealth scheme property (**CLEARLY A FEDERAL ISSUE**),

- The Federal Constitution protect the right to a trial by jury in all civil disputes of property greater than twenty dollars; this right is denied in "title to the custody" disputes over children who are protected under a right of property (**CLEARLY A FEDERAL ISSUE**),

- The state is SUBORDINATE to the INDIVIDUAL by law. If the state invokes Parens Patriae as a PRIMARY DOCTRINE, then they are implementing a Fascist/Bolshevik form of government wherein it is defined that the state has the power and ownership over the people beyond the powers and enumerations in the Constitutions,

- That the state has converted a Common Law action into Equity, and

- Although multiple Constitutional rights – clearly delineated by the Supreme Court and those additional ones I cited in my Federal Pleadings – have been violated, the state refuses to provide or acknowledge the right to a remedy, see *Marbury v. Madison*, 1803.

Although I feel progressing through the state courts is a waste of time given:

- Biases/corruption and Unconstitutional actions in state court,

- The drive for an independent judicial revenue stream against the precepts of a Republican form of government, and

- The Bolshevik religion imposed by the court over both the Common Law and Natural Law,

the inevitable fresh batch of unlawful actions in the state court, the Federal court will not be able to remand the case back to state court with, what I am certain will be, all the noted irregularities and Constitutional violations fully documented the next time this case is presented to them.

## Summary

Therefore, I respectfully decline at this time to continue with the Federal Appeal and will accept the remand so that any future issues put before the Federal courts will clearly show the unlawful actions of state court.

Respectfully submitted,

*Mark Cimini*
Mark Cimini

## VERIFICATION

I hereby declare, verify, certify and state, pursuant to the penalties of perjury under the laws of the United States, and by the provisions of 28 USC § 1746, that all of the above and foregoing representations are true and correct to the best of my knowledge, information, and belief.

Executed at Westford, MA, this _17_ day of August 2005.

*Mark Cimini*
Mark Cimini

## CERTIFICATE OF SERVICE

I hereby certify that, on this _17_ day of August, 2005, a true and complete copy of the foregoing petition for removal, by depositing the same in the United States mail, postage prepaid, has been duly served upon all parties of record, to-wit:

Margaret Cimini
5 Sand Beach Road
Westford, MA 01886

*[signature]*
Mark Cimini

Mark Cimini
12 Maple Road
Westford, MA 01886
(978) 692-4556

cc:
Annapurna Balakrishna
Assistant District Attorney
One Ashburn Place, Room 2019
Boston, MA 02108-1598

*[signature]*
Mark Cimini

To be filed by:

# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

## APPEARANCE FORM

Case No. 5-2218 Cimini v. Cimini

**FAILURE TO FILL OUT COMPLETELY MAY RESULT IN THE REJECTION OF THIS FORM AND COULD AFFECT THE PROGRESS OF THE APPEAL**

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:

_____PRO SE Litigant_____ as the
(Specify name of person or entity represented)

[ ] appellant(s)        [ ] appellee(s)        [ ] amicus curiae

[X] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

[ ] I do not represent a party to the appeal.

_____Mark Cimini_____
(signature)

(SIGN ONLY IF PARTICIPATING)

Corrections:

                              Status:

_____        Mark Cimini

_____        12 Maple Rd

_____        Westford, MA 01886

Telephone: _____     **Court Of Appeals Bar Number:** _____

Fax: _____           E-Mail: _M.Cimini@att.net_

Has this case or any related case previously been on appeal?

Yes ____                      Court of Appeals No. _____

No  ✓

[ ] IF YOU WILL NOT BE PARTICIPATING IN THIS CASE, PLEASE CHECK HERE AND RETURN, AND GIVE US THE NAME AND ADDRESS OF ANOTHER ATTORNEY, IF ANY, WHO WILL PROVIDE APPELLATE REPRESENTATION.

_____

_____

NOTE: Must be signed by an Attorney admitted to practice before the United States Court of Appeals for the First Circuit pursuant to Local Rule 46(a)(2). If you are applying for admission, please return this appearance form **with** your application for admission.

If your name has changed since you were admitted to the First Circuit Bar PLEASE show the name under which you were admitted.

COUNSEL MUST COMPLETE & RETURN THIS APPEARANCE FORM
IN ORDER TO FILE PLEADINGS IN THIS COURT