# MANDATE

*05-10125*
*USDC/MA*
*Judge Young*

# United States Court of Appeals
## For the First Circuit

No. 05-2218

MARGARET CIMINI

Plaintiff - Appellee

v.

MARK CIMINI

Defendant - Appellant

---

**JUDGMENT**
**Entered: September 7, 2005**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Richard Cushing Donovan, Clerk

**JULIE GREGG**

By:_____
Operations Manager

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*Deputy Clerk*

Date: 9-7-05

[cc: Mark Cimini, Margaret Cimini and Annapurna Balakrishna, Esq.]