IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Cause No: 05 – 10125 WGY

| | |
|---|---|
| Margaret Cimini, | **Notice of Appeal** |
| Plaintiff (Respondent below) v. | State court cause no.: 97D-4115-DV1 |
| Mark Cimini | |
| Defendant (Petitioner below), | Honorable Judge |
| and, in re: the support and welfare of Jonathan Cimini. | |

**NOTICE OF APPEAL**

Notice is hereby given that Mark Cimini in the above named case hereby appeal to the United States Court of Appeals for the Massachusetts Circuit from the Dismissal of the above entitled case on 20 July 2006. The complete Motion for Appeal with appropriate payment will soon follow.

Respectfully submitted,

_____
Mark Cimini

VERIFICATION

I hereby declare, verify, certify and state, pursuant to the penalties of perjury under the laws of the United States, and by the provisions of 28 USC § 1746, that all of the above and foregoing representations are true and correct to the best of my knowledge, information, and belief.
Executed at Westford, MA, this _3rd_ day of August 2, 2006.

_____
Mark Cimini

CERTIFICATE OF SERVICE

I hereby certify that, on this 3rd day of August, 2006, a true and complete copy of the foregoing petition for removal, by depositing the same in the United States mail, postage prepaid, has been duly served upon all parties of record in the lower state proceedings, to-wit:

| | |
|---|---|
| John Buonomo<br>Probate and Family Court<br>208 Cambridge street<br>East Cambridge MA, 02141 | Gerald Venezia<br>348 Park Street South 201<br>North Reading, MA 01864 |
| Annapurna Balakrishna, room 2019<br>Assistant District Attorney<br>One Ashburn Place<br>Boston, MA 02108-1598 | |

_____
Mark Cimini

Mark Cimini
12 Maple Road
Westford, MA 01886
(978) 692-4556