# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name _Cimini v. Cimini_
District Court Case No. _1:05-cv-10125_  District of _Massachusetts_
Date Notice of Appeal filed _8/4/06_  Court of Appeals Case No. _____
Form filed on behalf of _Mark Cimini, Plaintiff_

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _No Hearing - ever_
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter _____
Phone Number of Reporter _____

A. _____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NB: ... form that fails to specify in adequate ...

B. _____ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name _Mark Cimini_  Filer's Signature _Mark Cimini_
Firm/Address _13 Maple Road Westford MA 01886_
Telephone number _978 685 4556_  Date mailed to court reporter _8/15_

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/12/06)    SEE INSTRUCTIONS ON REVERSE